ACCEPTED
03-16-00716-CV
14587565
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/5/2017 4:10:04 PM
JEFFREY D. KYLE
CLERK

IN THE COURT OF APPEALS
FOR THE THIRD JUDICIAL DISTRICT
OF TEXAS AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/5/2017 4:10:04 PM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| **SCOTT P. OGLE,** | § | |
| Appellant, | § | |
| V. | § | **CASE NO. 03-16-00716-CV** |
| | § | |
| **MAELI HECTOR, a/k/a MAELI** | § | |
| **ARELLANO, a/k/a MAELI** | § | |
| **JOHNSON,** | § | |
| Appellee. | § | |

---

## APPELLANT'S MOTION TO INCORPORATE REPORTER'S RECORD FROM PREVIOUS APPEAL BETWEEN SAME PARTIES

---

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, SCOTT P. OGLE ("Mr. Ogle" or "Appellant"), Appellant in the above styled and number cause, and files this Motion to Incorporate Reporter's Record From Previous Appeal Between Same Parties, and would respectfully show unto this Court the following:

**I.**

1) On July 21, 2015, Appellant filed his notice of appeal from trial court cause number C-1-CV-14-011792;

2) The cause number assigned to that appeal in this court was 03-15-00455-CV,

3) Cause number 03-15-00455-CV was styled *Scott P. Ogle v. Maeli Hector, a/k/a Maeli Arellano, a/k/a Maeli Johnson*;

4)      On September 23, 2015, the Reporter's Record was filed in cause number 03-15-00455-CV;

5)      This Court issued a briefing schedule and the parties fully briefed the issues in the case;

6)      On July 21, 2016, this Court dismissed cause number 03-15-00455-CV due to lack of jurisdiction, on the grounds that there were other defendants to the underlying suit whose claims against had not been disposed of, rendering the order appealed from to be merely interlocutory;

7)      On October 20, 2016, Appellant non-suited those other parties; and

8)      On October 21, 2016, Appellant filed his notice on appeal from that very same trial court cause number, C-1-CV-14-011792, which gave rise to the above-styled appellate cause number.

## I.

There have been no other proceedings in the trial court between the parties to this appeal since the original reporter's record was compiled and filed on September 23, 2015, in cause number 03-15-00455-CV. The identical issues, claims and defenses are prevalent in this appeal as they were in the prior identical appeal between the identical parties. Thus, to order and compile the very same proceedings into a new reporter's record–which would differ only in having a different cause number and date typed on its cover–would be an unwarranted  waste of scarce judicial and staff resources; would be unnecessarily duplicative; and would needlessly increase the costs of this litigation. Further, the parties are already in

possession of the record from the prior identical appeal, thus serving to expedite the briefing in the instant appeal.

## PRAYER

PREMISES CONSIDERED, APPELLANT SCOTT P. OGLE prays that this Court grant this Motion to Incorporate Reporter's Record From Previous Appeal Between Same Parties. Appellant further prays for any other relief to which he may show himself justly entitled.

Respectfully submitted,

/s/ Scott Ogle
Scott Ogle
TBN: 00797170
2028 Ben White Blvd.
Austin, TX 78704
Phone: (512) 442-8833
Fax:    (512) 442-3256
soglelaw@peoplepc.com

## CERTIFICATE OF CONFERENCE

I hereby certify that a conference was not held with counsel for the defendant after a reasonable attempt to confer, as counsel for the defendant was unable to be reached in the time necessary for the filing of this provisional motion. Therefore, it is presumed that counsel for the defendant is opposed to the granting of the relief requested in this motion.

/s/ Scott Ogle
Scott Ogle

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been furnished to counsel for the Appellees listed below pursuant to Rule 9.5(b)(1) of the Texas Rules of Appellate Procedure through the electronic filing manager, as opposing counsel's email address is on file with the electronic filing manager, on this 5th day of January, 2016.

/s/ Scott Ogle
Scott Ogle


Paul A. Batrice
Law Office of Paul Batrice
1114 Lost Creek Blvd., Ste. 440
Austin, Texas 78746